450 A.2d 1050

Commonwealth v. Colon, Appellant.

Petition for Allowance of Appeal
Denied March 3, 1983.

Submitted February 22, 1982.   Ronald F. O'Driscoll, Assistant Public Defender, for appellant;   Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.

450 A.2d 1050

Commonwealth v. Davanzo, Jr., Appellant.

Submitted June 22, 1982.   Ronald John Karasek, for appellant;   Christopher T. Spadoni, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

Judgment of sentence affirmed and jurisdiction of the Superior Court of Pennsylvania relinquished.   The lower court is directed to enforce the sentence.